UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TAMMY JOHNSON and VANESSA DETTWILER,<br><br>Plaintiffs,<br><br>v.<br><br>TRACTOR SUPPLY COMPANY,<br><br>Defendant. | CIVIL JUDGMENT<br><br>CASE NO. 3:17-cv-6039-RJB |

\_\_\_\_  **Jury Verdict.**  This action came to consideration before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**XX**  **Decision by Court.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

- Plaintiffs' Motion for Voluntary Dismissal (Dkt. 26) is GRANTED.

Judgment

1
- The case is DISMISSED WITHOUT PREJUDICE.

2
- Defendant's request for attorneys' fees is denied.

3
- This case IS CLOSED.

4

5  Dated this 26th day of December, 2018.

6

7                                William M. McCool
                                 Clerk of Court
8

9                                 s/Tyler Campbell
                                 Tyler Campbell, Deputy Clerk
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Judgment